IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RITA MYATT ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08-00964-CV-W-HFS |
| ) | |
| ) | |
| NCO FINANCIAL SYSTEMS, INC. ) | |
| Defendant. ) | |

**ORDER**

Plaintiff has filed a notice of voluntary dismissal with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(I).

Accordingly, it is hereby

ORDERED that the above captioned case is DISMISSED with prejudice, without costs or attorney's fees to any party.

        /s/ Howard F. Sachs
        HOWARD F. SACHS
        UNITED STATES DISTRICT JUDGE

January  22 , 2009

Kansas City, Missouri